IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMANDA BURNHAM | : | CIVIL ACTION |
|  | : |  |
| v. | : |  |
|  | : |  |
| NCO FINANCIAL SYSTEMS, INC. | : | NO.  12-1143 |

O R D E R

AND NOW, this 28th day of August, 2012, it is hereby ORDERED that the settlement conference scheduled in this matter for August 29, 2012 has been rescheduled to Thursday, September 13, 2012 at 2:00 p.m.

IT IS **FURTHER ORDERED** that counsel shall submit their Settlement Conference Summary no later than Friday, August 31, 2012.

BY THE COURT:


 /s/ L. FELIPE RESTREPO
L. FELIPE RESTREPO
UNITED STATES MAGISTRATE JUDGE