# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **AMANDA BURNHAM** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **NCO FINANCIAL SYSTEMS, INC.** | : | **NO. 12-1143** |

## ORDER

**AND NOW**, this 3rd day of December, 2012, upon consideration of the Plaintiff's Petition for Attorney's Fees (Document No. 26) and the defendant's response, it is **ORDERED** that the petition is **GRANTED**.

**IT IS FURTHER ORDERED** that plaintiff is awarded attorney's fees and costs in the amount of $5,114.75.

    /s/Timothy J. Savage
    TIMOTHY J. SAVAGE,  J.